DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNE GUERRA,**
Appellant,

v.

**PARTY TIME D.J.'S INC.** d/b/a **84 WEST EVENTS,**
Appellee.

No. 4D22-1681

[March 9, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE21-068789.

Mark F. Booth of Rogers, Morris & Ziegler LLP, Fort Lauderdale, for appellant.

Daniel J. Kerness, Davie, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***